■ In the Matter of LIONEL McCRAY, Petitioner, v WILLIAM LEE, as Superintendent of Green Haven Correctional Facility, et al., Respondents. [17 NYS3d 896]—Proceeding pursuant to CPLR article 78 to review a determination of the Superintendent of the Green Haven Correctional Facility, dated December 19, 2013, which confirmed a decision of a hearing officer dated December 16, 2013, made after a tier II disciplinary hearing, found the petitioner guilty of violating Institutional Rules of Conduct rules 116.10 (7 NYCRR 270.2 [B] [17] [i]) and 116.11 (7 NYCRR 270.2 [B] [17] [ii]), and imposed penalties.

Adjudged that the determination is confirmed, the petition is denied, and the proceeding is dismissed on the merits, without costs or disbursements.

Contrary to the petitioner's contention, the decision of the hearing officer that the petitioner violated two prison disciplinary rules (7 NYCRR 270.2 [B] [17] [i], [ii]) was supported by substantial evidence (*see Matter of Topsy v Venettozzi*, 98 AD3d 520, 521 [2012]; *Matter of Stapleton v Connolly*, 96 AD3d 861 [2012]; *Matter of Carlisle v Lee*, 96 AD3d 837 [2012]; *Matter of Medina v Sing Sing Correctional Facility*, 95 AD3d 1331, 1332 [2012]; *Matter of Mills v Fischer*, 85 AD3d 1033 [2011]).

The petitioner's remaining contention is unpreserved for review, and, in any event, is without merit (*see Matter of Khan v New York State Dept. of Health*, 96 NY2d 879 [2001]; *Matter of Cooper v Smith*, 63 NY2d 615 [1984]). Dillon, J.P., Miller, Duffy and LaSalle, JJ., concur.